1052

No. 96–651. GILBERT, PRESIDENT, EAST STROUDSBURG UNIVERSITY, ET AL. *v.* HOMAR. C. A. 3d Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, February 11, 1997. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 7, 1997. A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, March 18, 1997. This Court's Rule 29.2 does not apply.

No. 96–5955. RICHARDS *v.* WISCONSIN. Sup. Ct. Wis. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, February 11, 1997. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 7, 1997. A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Tuesday, March 18, 1997. This Court's Rule 29.2 does not apply.

JANUARY 6, 1997

No. 96–461. GOFFER *v.* WEST, SECRETARY OF THE ARMY. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position asserted by the Acting Solicitor General in his brief for the respondent filed November 25, 1996.

No. 96–629. CALDERON, WARDEN *v.* CASWELL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *California* v. *Roy, ante,* p. 2.